UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.  4:21CR162 CDP |
| JENNIFER HANSEN, | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

On or about October 24, 2019, within the Eastern District of Missouri, the defendant,

**JENNIFER HANSEN,**

did knowingly convert to her use, and the use of others, a thing of value of the United States or of any department or agency thereof, to wit: an email from a United States Postal Inspector to a customer service supervisor of the Charles J. Coyle Post Office.

In violation of Title 18, United States Code, Section 641.

Respectfully submitted,
SAYLER A. FLEMING
United States Attorney

*Tracy L. Berry*
TRACY L. BERRY #014753 TN
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| EASTERN DIVISION | ) |
| EASTERN DISTRICT OF MISSOURI | ) |

I, Tracy L. Berry, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

/s/ Tracy L. Berry
TRACY L. BERRY 014753 TN

Subscribed and sworn to before me this  3RD  day of March 2021.



GREGORY J. LINHARES
CLERK, U.S. DISTRICT COURT

By: /s/Jason W. Dockery
DEPUTY CLERK